UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19Cr0193 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
RICHARD CASTRO, et al.,                   :
                                          :
            Defendants.                   :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that sentencing is scheduled for **June 4, 2020** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **May 21** and the defendant's submission shall be due **May 28**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         April 9, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge