```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :       19Cr0193 (DLC)
                                        :
         -v-                            :       ORDER
                                        :
 RICHARD CASTRO,                        :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having informed the Court that he does not wish to proceed with a sentencing through videoconference, it is hereby

ORDERED that the sentencing shall proceed on **July 16, 2020** at **10:00 am** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 5, 2020

_____
DENISE COTE
United States District Judge