```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19Cr0193 (DLC)
                                          :
          -v-                             :
                                          :
RICHARD CASTRO,                           :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2020
```

DENISE COTE, District Judge:

The Order of July 2, 2020 adjourned the July 16 sentence to October 1, 2020. It is hereby

ORDERED that defendant's sentencing submission is due **September 23, 2020.**

Dated:   New York, New York
         August 12, 2020

                                     _____
                                            DENISE COTE
                                     United States District Judge