```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    19Cr0193 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
RICHARD CASTRO,                          :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/20

DENISE COTE, District Judge:

On July 2, 2020, the Court issued an Order granting defense counsel's request to adjourn the July 16 sentencing proceeding to October 1. The Court having been unable to secure its preferred date for the proceeding, it is hereby

ORDERED that the October 1 sentencing is rescheduled for **Thursday, October 8** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street.

As set forth in the July 2, 2020 Order, should Mr. O'Brien prefer not to travel to New York to be present for his client's sentence, Mr. O'Brien will be permitted to participate in the sentencing proceeding by telephone. New York attorney Peter Enrique Quijano, Esq., who is co-counsel for the defendant, or any other attorney the defendant wishes to be present, may also participate in the proceeding.

Counsel and members of the public should use the following dial-in credentials:

    Dial-in:      888-363-4749
    Access code:  4324948

Dated: New York, New York
       September 24, 2020

                                      _____
                                        DENISE COTE
                              United States District Judge