```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     19cr193 (DLC)
            -v-                         :
                                        :         ORDER
RICHARD CASTRO,                         :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Richard Castro was sentenced on October 8, 2020, principally to 210 months' imprisonment. His appeal from his conviction was dismissed on January 12, 2022.

An Order of October 12, 2023 listed ten post-conviction submissions from Castro received as of that date, and instructed him on relevant legal principles that apply to the filing of a petition for a writ of habeas corpus. The Order advised Castro that, in the event he wished to file such a petition, he should do so by December 15, 2023, with an explanation of why the time period for filing such a petition should be equitably tolled.

Castro has continued to file submissions with the Clerk of Court. They have been docketed on October 19, 2023 (2 filings), and October 27, 2023. None of those submissions appear to challenge his conviction through the filing of a petition for a writ of habeas corpus. They appear to argue more generally that federal courts do not have jurisdiction over him and to seek

enforcement of what he describes as the equitable property rights of a private citizen of the United States. Accordingly, it is hereby

ORDERED that the Clerk of Court shall return any submissions to Castro that do not bear as a heading on the first page either "Petition for a Writ of Habeas Corpus" or "Request for a Modification of Sentence".

IT IS FURTHER ORDERED that Richard Castro shall make no further written submissions to this Court except for a petition for a writ of habeas corpus or a request for a modification of sentence. Any such petition or request shall bear on its first page either "Petition for a Writ of Habeas Corpus" or "Request for a Modification of Sentence".

IT IS FURTHER ORDERED that the Clerk of Court shall mail Castro a copy of this Order and note mailing on the docket.

Dated:   New York, New York
         December 15, 2023

                                                                      DENISE COTE
                                      United States District Judge